1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY PAYNE,

                                Plaintiff,          Case No. C22-5670-TL

        v.                                          ORDER DISMISSING ACTION

AMY PHENIX,

                                Defendant.

Having reviewed Plaintiff's amended complaint, the Report and Recommendation of the

Honorable S. Kate Vaughan, United States Magistrate Judge (Dkt. No. 13), as well as the

remaining record, and no objection or response to the Report and Recommendation having been

filed, any objections thereto, the Court hereby finds and ORDERS as follows:

        (1)     The Report and Recommendation is APPROVED and ADOPTED, except that the

                dismissal of this action is without prejudice, as noted below.

        (2)     Plaintiff's amended complaint (Dkt. 12) and this action are DISMISSED without

                prejudice, pursuant to Fed. R. Civ. P. 12(h)(3), for lack of subject matter

                jurisdiction. *See, e.g.*, *Missouri ex rel. Koster v. Harris*, 847 F.3d 646, 656 (9th

ORDER DISMISSING ACTION
PAGE - 1

Cir. 2017) ("In general, dismissal for lack of subject matter jurisdiction is without prejudice.").

(3)    The Clerk is DIRECTED to send copies of this Order to Plaintiff and to Judge Vaughan.

DATED this 31st day of May 2023.


Tana Lin
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2